IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROXANNE ALEXANDRA CORDOVA,

    Plaintiff,

v.                                                                               No. 13-cv-0325 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## ORDER GRANTING
## UNOPPOSED MOTION TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 13], filed on September 25, 2013. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Seal Administrative Record [Doc. 13] be **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**