IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROXANNE ALEXANDRA CORDOVA,**

    **Plaintiff,**

vs.                                                       **No. CV 13-0325 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

THIS MATTER having come before the Court upon Plaintiff's unopposed Motion to extend the briefing deadlines, the Court FINDS that the Motion should be granted;

IT IS THEREFORE ORDERED that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **December 18, 2013;**

2. Defendant shall file a Response no later than **February 18, 2014**;

3. Plaintiff may file a Reply no later than **March 4, 2014;**

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

5. All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

**Submitted by**:

 s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff

**Approved by email by**:

_____
Brock C. Cima
Attorney for Commissioner
on October 18, 2013

2