IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROXANNE ALEXANDRA CORDOVA,**

    **Plaintiff,**

 **v.**                                                                                                       No. 13-cv-0325 SMV

**CAROLYN W. COLVIN,**
**Acting Comm'r of SSA,**

    **Defendant.**

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER is before the Court on the Motion to Withdraw filed by Plaintiff's counsel on December 17, 2013. [Doc. 18]. Counsel indicate that despite repeated phone calls and letters, Ms. Cordova has failed to communicate with them. *Id.* In accord with D.N.M.LR-Civ. 83.8, counsel has served the Motion to Withdraw on all parties, including Ms. Cordova, at her last known address of 4304 Ruger Rd. SW, Albuquerque, NM, 87121. *See* [Doc. 18]. The Motion to Withdraw served as Ms. Cordova's notice that if she failed to object within 14 days, such failure would constitute her consent to grant to the Motion to Withdraw. More than 14 days have passed, and Ms. Cordova has not objected to her counsel's withdrawal. Nor has Defendant has filed any objection to the withdrawal.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel's Motion to Withdraw [Doc. 18] be **GRANTED**. Attorneys Michael D. Armstrong and Francesca J. MacDowell are granted leave to withdraw from the case.

**IT IS SO ORDERED**.

                                                                                     _____
                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**
                                                                                 **Presiding by Consent**