## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ROXANNE ALEXANDRA CORDOVA,**

    **Plaintiff,**

  **v.**                                                                                   **No. 13-cv-0325 SMV**

**CAROLYN W. COLVIN,**
**Acting Comm'r of SSA,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Through counsel,[1] Plaintiff filed this action on April 4, 2013, appealing the final decision of the Social Security Administration, which denied her social security disability benefits and supplemental security income.  [Doc. 1].  The Court set a briefing schedule, and after an extension of time, Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by December 18, 2013.  [Doc. 17]. To date, Plaintiff has filed no Motion and has not requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within 21 days why her case should not be dismissed without prejudice for failure to prosecute her claims.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] On January 7, 2013, on motion by Plaintiff's counsel, the Court granted them leave to withdraw pursuant to D.N.M.LR-Civ. 83.8.  [Doc. 19].