## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ROXANNE ALEXANDRA CORDOVA,

    Plaintiff,

v.                                                         No. 13-cv-0325 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## JUDGMENT

    Having dismissed this action without prejudice for lack of prosecution in the Memorandum Opinion and Order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**
                                                      **Presiding by Consent**